UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rozario et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Alongi et al.,<br><br>                    Defendants. | 25-CV-5203 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

To allow the parties time to confer and file on ECF a joint letter described in this Court's June 26, 2025 Order, the Court hereby **ADJOURNS** the November 18, 2025 initial pretrial conference in this matter to **November 25, 2025** at **2:00 p.m.** The conference will be held in Courtroom 905 of the Thurgood Marshall Courthouse. The letter shall be filed no later than **Thursday of the week prior to the conference date**.

SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                              _____
                                                                     DALE E. HO
                                                              United States District Judge