UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rozario et al., | |
| Plaintiffs, | 25-CV-5203 (DEH) |
| v. | |
| Alongi et al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

This Court held an initial pretrial conference with the parties on November 25, 2025. Among other matters, the parties discussed whether this case should be subject to Local Rule 83.10. As discussed during the conference, Plaintiffs and Defendant City of New York are **DIRECTED** by **December 3, 2025** to each submit a letter on ECF, not to exceed three (3) pages, setting out their positions and reasoning on whether Local Rule 83.10 should apply to this case. While the Court understands that Defendants Alongi and Cianfrocco take no position on Local Rule 83.10 at this time, they may each, by the same date, make their own submissions not to exceed three (3) pages addressing the appropriateness of the local rule.

SO ORDERED.

Dated: November 25, 2025
      New York, New York

_____
DALE E. HO
United States District Judge