UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rozario, et al., | |
| Plaintiffs, | |
| v. | 25-CV-5203 (DEH) |
| Alongi, et al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

The Court is in receipt of the Parties' submissions, ECF Nos. 38, 39, regarding whether

this case should proceed under the Local Rule 83.10 (the "Plan").  Plaintiffs Utsho Rozario and

Notan Eva Costa request that the Court waive the Plan in this case.  Defendant City of New York

(the "City") opposes the request.  Defendants Salvatore Alongi and Matthew Cianfrocco (the

"Individual Defendants") take no position.

As both Plaintiffs and the City note, the Plan's purpose is to efficiently manage and

reduce the time to disposition in typical cases brought against the NYPD and its officers under

42 U.S.C. § 1983.  ECF No. 38 at 2, ECF No. 39 at 2; *Elliot v. City of New York*, No. 20 Civ.

702, 2020 WL 6782046, at *1 (S.D.N.Y. 2020).  The City argues that the Plan would facilitate

efficient initial disclosures and encourage settlement discussions through mediation, avoiding a

more costly and burdensome discovery process.  ECF No. 39 at 2-3.  However, Plaintiffs assert

that their claims are more complex than the typical Section 1983 case and require discovery

beyond the scope provided for in the Plan.  ECF No. 38 at 2.  They also note that mediation

would be premature and unproductive at this stage of the proceedings, because of their current

lack of access to discovery that they assert is material to their claims.  *Id.* at 3.

After considering the Parties' arguments, the Court hereby **GRANTS** Plaintiffs' request to remove this case from Local Rule 83.10. *See* Memo Endorsement, *Derwin Gonzalez v. City of New York*, No. 25 Civ. 1452 (S.D.N.Y. Apr. 29, 2025), Dkt. No. 14. Removal from the Plan does not preclude the City or the Individual Defendants from seeking appropriate relief from this Court at a future date if they believe contemplated discovery is unduly burdensome or barred by applicable law or privilege.

In light of this Order, the Parties are **DIRECTED** by December 23, 2025 to submit an updated joint proposed case management order. The Clerk of Court is respectfully directed to remove this case from Local Rule 83.10.

SO ORDERED.

Dated: December 16, 2025
       New York, New York

_____
DALE E. HO
United States District Judge