STEVEN BANKS
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK , NEW YORK 10007**

**Joanne M. McLaren**
*Senior Counsel*
jmclaren@law.nyc.gov
Phone: (212) 356-2413

May 4, 2026

By ECF
The Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: *Rozario et al. v. The City of New York, et al.,*
25-cv-5203 (DEH)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, assigned to handle the defense of this matter on behalf of defendant City of New York (the "City"). The City writes respectfully to request that the Court: 1) adjourn the deadline for the City to answer or otherwise respond to the Amended Complaint *sine die*; and 2) *sua sponte* hold in abeyance the deadline for newly named defendants Jennifer Cordero ("Cordero"), Thierry Lamarre ("Lamarre"), Przemyslaw Podbielski ("Podbielski"), and Andrew Pugliese ("Pugliese") to answer or otherwise respond to the Amended Complaint, pending the results of the mediation which all parties requested today. *See* ECF No. 58. Plaintiffs' counsel consents to this request.

Defendants answered the Complaint in this action on behalf of the City on October 23, 2025. *See* ECF No. 27. Individually named defendants Salvatore Alongi ("Alongi") and Matthew Cianfrocco ("Cianfrocco"), whom this Office does not represent, answered the Complaint on November 12, 2025. *See* ECF Nos. 31 and 32. On or around April 17, 2026, Plaintiffs filed a First Amended Complaint naming the City, Alongi, Cianfrocco, and newly named defendants Cordero, Lamarre, Podbielski, and Pugliese. *See* ECF Nos. 54-57. Today, Plaintiffs, the City, Alongi, and Cianfrocco jointly filed a motion requesting that this case be referred to SDNY's Mediation Program. *See* ECF No. 58. In light of this request, the City respectfully requests that its deadline to answer or otherwise respond to the Amended Complaint be adjourned *sine die* pending the results of that requested mediation.

From the Civil Docket Sheet, it appears that Cordero, Lamarre, Podbielski, and Pugliese have not yet been served and their Answers to the Amended Complaint are not yet due. The undersigned does not represent these individuals at this time and, consequently, can make no

request on their behalf. However, the undersigned is hopeful that the Court may, *sua sponte*, likewise hold the deadline for their Answers in abeyance pending the results of the requested mediation.

Accordingly, for the reasons set forth above, the City respectfully requests that the Court: 1) adjourn the deadline for the City to answer or otherwise respond to the Amended Complaint *sine die*; and 2) *sua sponte* hold in abeyance the deadline for Cordero, Lamarre, Podbielski, and Pugliese to answer or otherwise respond to the Amended Complaint, pending the results of the aforementioned mediation. The City submits that this course of action will not prejudice Plaintiffs in any way or affect any current deadlines.

The City thanks the Court for its consideration of this application.

Respectfully submitted,

Joanne M. McLaren
*Senior Counsel*

cc: VIA ECF
All counsel of record