UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UTSHO ROZARIO, individually, and NOTAN EVA COSTA, individually and as Administrator of the ESTATE OF WIN ROZARIO,

Plaintiffs,

v.

THE CITY OF NEW YORK, a municipal entity; SALVATORE ALONGI, MATTHEW CIANFROCCO, ANDREW PUGLIESE, PRZEMYSLAW PODBIELSKI, JENNIFER CORDERO, and THIERRY LAMARRE, individually and in their official capacities as New York City Police Department Officers,

Defendants.

25-CV-5203 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Pursuant to the Court's September 10, 2026 Mediation Conference, the parties were directed to update the Court on the status of mediation by November 9, 2026. To date, the parties have not filed any such letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 13, 2026.**

SO ORDERED.

Dated: November 10, 2026
New York, New York

DALE E. HO
United States District Judge